UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR120-103 |
| | ) | |
| JDA NELSON, et al | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jonathan A. Porter and Patrick J. Schwedler** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Jonathan A. Porter and Patrick J. **Schwedler** be granted leave of absence for the following periods: July 12, 2021 through July 16, 2021.

**SO ORDERED**, this the _22nd_ day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA