UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. )   CR120-103
)
JADA S. NELSON )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Katrell Nash** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Katrell Nash** be granted leave of absence for the following periods:  June 6, 2023 through June 9, 2023; June 26, 2023 through June 30, 2023; and July 3, 2023.

**SO ORDERED**, this the _____ day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA