IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 1:20CR00103-1 |
| | ) | |
| Jada S. Nelson | ) | |

## ORDER

On September 9, 2021, Jada S. Nelson appeared before the Court and was sentenced, after pleading guilty to wire fraud, to serve three years on probation. Nelson was ordered to pay a $2,500 fine and a $100 special assessment.

On March 6, 2023, a petition for warrant was filed in United States District Court notifying the Court of Nelson's technical violations (four instances of drug usage and failing to pay her fine as ordered). The Court issued a probation violation warrant for Nelson on March 6, 2023.

Nelson was taken into custody by the United States Marshals Service for execution of the probation violation warrant on May 23, 2023,.

Nelson appeared before United States Magistrate Judge Brian K. Epps, on May 25, 2023, for an initial appearance on the probation violation petition. Nelson waived a preliminary hearing and requested a detention hearing, which was held on that same date. Nelson was released on a $10,000 unsecured bond pending her final revocation hearing before the Court.

The probation officer of this Court reports that Nelson has successfully completed mental health and substance abuse counseling with Georgia Family Crisis Solutions, Inc., Augusta, Georgia, and all urinalyses submitted by her since May 25, 2023, have rendered negative results. Given the positive

adjustments Nelson has made since May 25, 2023, and upon recommendation of the probation office, the probation violation petition is hereby dismissed.

**SO ORDERED**, this 21st day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA